IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERICK WILLIAMS**  **PLAINTIFF**
*#240000830*
v.　　　　　　　　　　Case No: 4:25-cv-01171-JM-PSH

**DOE**　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Plaintiff Erick Williams filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on November 7, 2025 (Doc. No. 1). On November 10, 2025, the Court entered an order directing Williams to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days. *See* Doc. No. 2. Williams was cautioned that failure to comply with the Court's order within 30 days would result in the dismissal of his case.

More than 30 days have passed, and Williams has not complied or otherwise responded to the November 7 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Williams's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 29th day of December, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE