# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ERICK WILLIAMS**  **PLAINTIFF**
*#240000830*

v.  Case No: 4:25-cv-01171-JM

**DOE**  **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE